# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
WHITNEY, DALE WILLETS § Case No. 10-30147 CPM
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANGELA WELCH ESPOSITO, TRUSTEE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 8:10-bk-30147-CPM    Doc 21    Filed 07/18/12    Page 3 of 10

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-30147 CPM Judge: CATHERINE PEEK MCEWEN | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | WHITNEY, DALE WILLETS | Date Filed (f) or Converted (c): | 12/20/10 (f) |
| | | 341(a) Meeting Date: | 01/21/11 |
| For Period Ending: 07/11/12 | | Claims Bar Date: | 05/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 10.00 | 0.00 | DA | 0.00 | FA |
| 2. Regions Bank personal checking account #1462 maint | 125.00 | 0.00 | DA | 0.00 | FA |
| 3. Regions Bank personal savings account maintained i | 36.01 | 0.00 | DA | 0.00 | FA |
| 4. Television, vcr/dvd player, dining table and chair | 1,285.00 | 0.00 | DA | 0.00 | FA |
| 5. Pictures and dvds | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Men's wearing apparel, shoes and accessories | 125.00 | 0.00 | DA | 0.00 | FA |
| 7. Man's watch, man's ring | 60.00 | 0.00 | DA | 0.00 | FA |
| 8. .357 magnum hand gun | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Amica Co. renters insurance policy | 1.00 | 0.00 | DA | 0.00 | FA |
| 10. Potential cause of action against Nationwide Debt | 0.00 | 453.41 | | 453.41 | FA |
| debtor rec'd 2310.40 back, exempted 1856.99; leaving 453.41 due the estate from that; also investigating possible cause of action for portion no returned. | | | | | |
| 11. State of Florida drivers license; State of Florida | 1.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Infiniti, VIN #JNKCV54E64M817939 | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2002 Nissan, VIN #IN4AL11D82C214545 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 14. desktop computer, monitor and printer | 500.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $17,143.01    $453.41    $453.41

Gross Value of Remaining Assets    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 attny to send docs, PA

February 01, 2011, 09:01 am  sent ltr

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 2

| | | |
|---|---|---|
| Case No: 10-30147 CPM Judge: CATHERINE PEEK MCEWEN | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: WHITNEY, DALE WILLETS | Date Filed (f) or Converted (c): | 12/20/10 (f) |
| | 341(a) Meeting Date: | 01/21/11 |
| | Claims Bar Date: | 05/03/11 |

-3/22/11 2nd email from debt consolidation people asking for more time to respond....emailed others

-4/11/11 rec'd ltr from Nationwide debt settlemnt asserting why they don't owe.  Sent to atty req. they review and analyze possible claim.

-7/11 emailed att Lash to get his perspective on these.

-10/11 rev case, emailed atty lash, he looking at unsure if anything there or not.

December 15, 2011, 01:55 pm end of year case review

-2/18/12 rev case, have run debt consolidation possible coa by several people, doesn't appear to be anything viable, close case, ALL $ IN.

TFR

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-30147 -CPM | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | WHITNEY, DALE WILLETS | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******7978  Checking Account |
| Taxpayer ID No: | *******7953 |  |  |
| For Period Ending: | 07/11/12 | Blanket Bond (per case limit): | $ 47,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/27/11 | 10 | Global Client Solutions | A/R | 1121-000 | 453.41 |  | 453.41 |

```
                                            COLUMN TOTALS                    453.41           0.00         453.41
                                     Less:  Bank Transfers/CD's                0.00           0.00
                                            Subtotal                         453.41           0.00
                                     Less:  Payments to Debtors                              0.00
                                            Net                              453.41           0.00

                                                                                              NET         ACCOUNT
               TOTAL - ALL ACCOUNTS                                     NET DEPOSITS    DISBURSEMENTS     BALANCE
               Checking Account - ********7978                               453.41           0.00         453.41
                                                                       -----------------   -----------------   -----------------
                                                                             453.41           0.00         453.41
                                                                       =============   =============   =============
                                                                       (Excludes Account  (Excludes Payments   Total Funds
                                                                          Transfers)        To Debtors)       On Hand
```

Page Subtotals    453.41    0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 11, 2012 |

Case Number: 10-30147  
Debtor Name: WHITNEY, DALE WILLETS

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 70 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $922.18 | $0.00 | $922.18 |
| 000002 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $6,201.58 | $0.00 | $6,201.58 |
| 000003 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $3,439.39 | $0.00 | $3,439.39 |
| 000004 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $4,409.24 | $0.00 | $4,409.24 |
| 000005 070 70 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,169.94 | $0.00 | $1,169.94 |
| 000006 070 70 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $8,125.58 | $0.00 | $8,125.58 |
| 000007 070 70 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $9,260.93 | $0.00 | $9,260.93 |
| 000008 070 70 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $6,552.62 | $0.00 | $6,552.62 |
| 000009 070 70 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,665.87 | $0.00 | $2,665.87 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 11, 2012 |

Case Number: 10-30147  
Debtor Name: WHITNEY, DALE WILLETS

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 70 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $202.01 | $0.00 | $202.01 |
| 000011 070 70 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $1,753.71 | $0.00 | $1,753.71 |
| 000012 070 70 | State Farm Mutual Automobile Ins. Co.<br>c/o Hiday & Ricke, P.A.<br>P.O. Box 550858<br>Jacksonville, FL 32255 | Unsecured | | $10,712.53 | $0.00 | $10,712.53 |
| | Case Totals: | | | $55,415.58 | $0.00 | $55,415.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                                         Exhibit D

Case No.: 10-30147 CPM
Case Name: WHITNEY, DALE WILLETS
Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE

      Balance on hand                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses          $_____

    Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ | $ |
| 000008 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000009 | Capital Recovery IV LLC | $ | $ | $ |
| 000010 | Capital Recovery IV LLC | $ | $ | $ |
| 000011 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000012 | State Farm Mutual Automobile Ins. Co. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE